United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Sidonio Sanchez Estrada, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-6992 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner filed a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. 7. By effect of the Notice, this action is DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees. The Clerk of Court is directed to close the case. Counsel for Petitioner is ORDERED to provide notice of this action with any subsequent filing of a petition for writ of *habeas corpus* on behalf of Petitioner.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 1st of October, 2026.

Nicholas J. Ganjei
United States District Judge